UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHIMER SWAFFORD,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>TOBIE B. WAXMAN ESQ. ET AL.,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-03381-SVW (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: March 27, 2025

_____
HONORABLE STEPHEN V. WILSON
United States District Judge