UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHIMER SWAFFORD,<br><br>Plaintiff,<br><br>v.<br><br>TOBIE B. WAXMAN ESQ. ET AL.,<br><br>Defendant(s). | Case No. 2:24-cv-03381-SVW (MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: March 27, 2025

_____
HONORABLE STEPHEN V. WILSON
United States District Judge